1  John E. Virga, Esq.  (State Bar # 39451)
   **JOHN E. VIRGA, INC**.
2  A Professional Corporation
   721 Eleventh Street
3  Sacramento, CA  95814
   Telephone:  (916) 444-6595
4  Facsimile:   (916) 444-3318

5  Attorney for Defendant
   Jesus Gonzalez-Ochoa

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA              Case No.  08-mj-0243 EFB

12          Plaintiff,                    **S T I P U L A T I O N O R D E R CONTINUING**
13  vs.                                   **PRELIMINARY HEARING AND EXCLUDING TIME**

14  JESUS GONZALEZ-OCHOA
                                          **Court:**    Hon. Gregory G. Hollows
15          Defendant.                    **Time:**     2:00 p.m.
                              /           **Date:**     April 14, 2010
16

17         IT IS HEREBY STIPULATED by and between Assistant United States

18  Attorney Jason Hitt, counsel for the plaintiff, United States of America, and defendant Jesus

19  Gonzalez-Ochoa, by and through his counsel John Virga, Esq., that good cause exists to

20  extend the preliminary hearing currently set for April 14, 2010,  at 2:00 p.m., to May 19,

21  2010, at 2:00 p.m.,  pursuant to Federal Rule of Criminal Procedure 5.1(d).

22         Good cause exists to extend the time for the preliminary hearing within the

23  meaning of Rule 5.1(d) because discovery has been provided to the defense and the parties

24  are engaged in talks regarding a pre-indictment resolution of the case against defendant.

25  All parties agree that a continuance of the preliminary hearing date will not prejudice either

26  of them because a pre-indictment resolution could result in an overall sentencing exposure

27  that is significantly reduced for the defendant.  Both counsel believe a resolution on this case

28  may occur within the next month.

1  Counsel further stipulate that an exclusion of time from April 14, 2010, to
2  May 19, 2010, is appropriate under the Speedy Trial Act because the government has
3  provided discovery, and has agreed to a draft plea agreement for the defendant.  As a result
4  counsel for both parties believe time should be excluded under Local Code T4 to allow
5  reasonable time to prepare the defense of the case.  18 U.S.C. section 3161(h)(8)(B)(iv).
6  Dated: April 14, 2010

7  John E. Virga /s/
8  _____
   JOHN E. VIRGA
   Counsel for Defendant Jesus Gonzalez-Ochoa
9  Dated:  April 14, 2010
10 John E. Virga /s/
11 JASON HITT
   Assistant United States Attorney
12 Authorized to sign for Mr. Hitt on 04/13/10

- 2 -

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

[1]   The Preliminary Hearing currently scheduled for April 14, 2010, at 2:00 p.m. is VACATED, and continued until May 19, 2010, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

[2]   The Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through May 19, 2010.

Dated: <u>April 14, 2010</u>.

/s/ Gregory G. Hollows

Honorable GREGORY G. HOLLOWS
United States Magistrate Judge
Eastern District of California

gonzalez-ochoa.eot2