**FILED**
October 5, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JESUS GONAZALEZ-OCHOA,  )<br>  )<br>        Defendant.  )  | Case No. 2:10CR00190<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JESUS GONAZALEZ-OCHOA__, Case No. __2:10CR00190__, Charge __21 USC 843(b) - Use of a Communication Facility for the Purpose of Drug Trafficking__:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)   __Time Served__

Issued at __Sacramento, CA__ on __October 5, 2010__ at __10:02 am__.

By _/s/ Lawrence K. Karlton_
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal